IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| COTRELL, INC., | ) | |
| Plaintiff, | ) ) ) ) | |
| vs. | ) ) | CASE NO. 12-1044-SCW |
| J. NIGEL ELLIS, DYNAMIC SCIENTIFIC CONTROLS, INC., ELLIS LADDER IMPROVEMENTS, INC., and ELLIS LITIGATION SERVICES, | ) ) ) ) | |
| Defendant(s). | | |

## ORDER

**IT IS ORDERED AND ADJUDGED** that pursuant a Notice of Voluntary Dismissal without Prejudice Under F.R.C.P. 41 (Doc. 35), this case is **DISMISSED** without prejudice. The Clerk of Court is directed to close this case.

**DATED** this 30th day of January, 2013

s// Stephen C. Williams<br>
United States Magistrate Judge<br>
Stephen C. Williams